**No. 54814.**—Wm. Jameson & Co., Inc., et al. v. United States, protests 91571–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in Austin, Nichols & Co., Inc. v. United States (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54815.**—Gimbel Bros., Inc. v. United States, protest 159335–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar to that involved in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 35½ dozen pairs of argyle hose, style number 142 A, from case 5173/1, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the 35½ dozen pairs of argyle hose, style number 142 A, missing from case 5173/1.   The protest was sustained to this extent.

**No. 54816.**—Gimbel Bros., Inc. v. United States, protest 150460–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar to that involved in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of six banquet sets from case 4100, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the six banquet sets missing from case 4100.   The protest was sustained to this extent.

**No. 54817.**—Gimbel Bros., Inc. v. United States, protest 145310–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in United States v. Washington State Liquor Control Board (34 C. C. P. A. 118, C. A. D. 352) and that the merchandise, consisting of 10¾ dozen pairs of cotton gloves from case 2033/2, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited, as well as that in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351), it was held that duty is not assessable upon 10¾ pairs of cotton gloves missing from case 2033/2.   The protest was sustained to this extent.